Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

irvberg@comcast.net (e-mail)
Susanne B. Berg (SBN 236468)
Law Office of Susanne B. Berg
177 Post Street, Suite 600
San Francisco, CA 94109
(415) 217-0000
(415) 738-2302 (Fax)
berglaw@gmail.com (e-mail)

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA ABAD,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T, et al.<br><br>    Defendants. | **CASE NO.: 07-0060 SBA**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>**DATE:** April 12, 2007<br>**TIME:** 1:30 P.M.<br>Hon. Saundra B. Armstrong |

- 1 -

STIPULATION TO CONTINUE STATUS CONFERENCE

Whereas, the defendants in this case have not yet appeared in this action;

Whereas plaintiff and defendants Collection Bureau of America, Richard De Luna and Sue Taylor have agreed that the Collection Bureau of America, De Luna and Tayor's responsive pleading shall be due by April 11, 2007; and

Whereas, as the defendants have not appeared the dates for the Rule 26(f) conference, initial disclosures and ADR Certification have not been met;

The parties signing below hereby stipulate, agree and request that the Court continue the Case Management Conference currently scheduled for April 12, 2007 for at least 30 days.

DATED: April 4, 2007  /s/
                                             Susanne Berg
                                             Attorney for Plaintiff

DATED: April 4, 2007

                                             /s/
                                             Andrew Steinheimer
                                             Attorney for Defendants Credit Bureau of America,
                                             Richard De Luna and Sue Taylor

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the Case Management Conference scheduled for April 12, 2007 is hereby continued to May 17, 2007 at 2:30 p.m. via telephone.

Dated: 4-10, 2007                                              *Sandra B. Armstrong*
                                                          Hon. Saundra B. Armstrong